UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PASQUAL LOZANO,<br><br>　　　　　　　Petitioner,<br>v.<br><br>WARDEN LEGEAND, et al.,<br><br>　　　　　　　Respondents. | Case No. 3:12-cv-00574-MMD-VPC<br><br>ORDER |

The Federal Public Defender having advised the Court that a conflict exists in representing petitioner, and good cause appearing;

It is therefore ordered that Jeffrey S. Blanck, Esq., 485 W. Fifth Street, Reno, NV 89503, is appointed as counsel for petitioner for all further proceedings.

It is further ordered that petitioner shall have sixty (60) days from the date on which this order is entered to file an amended petition for a writ of habeas corpus.

DATED THIS 16th day of January 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE