UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PASQUAL LOZANO,<br><br>                              Petitioner,<br>       v.<br>WARDEN LEGEAND, et al.,<br><br>                              Respondents. | Case No. 3:12-cv-00574-MMD-VPC<br><br>ORDER |

Petitioner having submitted an unopposed motion for extension of time to file amended petition (dkt.no. 22), and good cause appearing, it is therefore ordered that petitioner's unopposed motion for extension of time to file amended petition (dkt. no. 22) is granted.  Petitioner shall have through January 14, 2015, to file and serve a second amended petition.

DATED THIS 29th day of August 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE