UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PASQUAL LOZANO,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN LEGEAND, et al.,<br><br>    Respondents. | Case No. 3:12-cv-00574-MMD-VPC<br><br>ORDER |

Petitioner has submitted an unopposed motion for extension of time (dkt. no. 24), which the Court finds good cause to grant. It is therefore ordered that petitioner's unopposed motion for extension of time (dkt. no. 24) is granted. Petitioner shall have through April 14, 2015, to file and serve a second amended petition for a writ of habeas corpus. It is further ordered that neither the foregoing deadline nor any extension thereof signifies or will signify any implied finding of a basis for tolling during the time period established. Petitioner at all times remains responsible for calculating the running of the federal limitation period and timely asserting claims.

DATED THIS 9th day of January 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE