UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| PASQUAL LOZANO, | Case No. 3:12-cv-00574-MMD-VPC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ROBERT LeGRAND, WARDEN, *et al.,* | |
| Respondents. | |

Respondents having filed a motion for an extension of time (second request) (ECF No. 53), and good cause appearing, it is therefore ordered that respondents' motion for an extension of time (second request) (ECF No. 53) is granted. Respondents will have through January 29, 2018, to file and serve an answer.

DATED THIS 29th day of December 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE