UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PASQUAL LOZANO,<br><br>                         Petitioner,<br>    v.<br>ROBERT LEGRAND, *et al.*,<br><br>                         Respondents. | Case No. 3:12-cv-00574-MMD-CLB<br><br>ORDER |

The Court will address Respondents' response to the Court order (ECF No. 62).

It is therefore ordered that Respondents file the corrected transcripts for August 30 and 31, 2006, by January 17, 2020.

DATED THIS 27th day of November 2019.

                                          MIRANDA M. DU
                                          CHIEF UNITED STATES DISTRICT JUDGE